UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRI DIANE S.,[1]<br><br>Plaintiff,<br><br>v.<br><br>LELAND DUDEK,[2]<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 8:24-cv-01779-SRM-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed.  The Court

---

[1] Plaintiff's name is partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States issued on May 1, 2018.

[2] The Commissioner's name has been updated in accordance with the requirements of Rule 25(d) of the Federal Rules of Civil Procedure.

1  accepts the findings and conclusions of the Magistrate Judge in the
2  Report and Recommendation.
3      IT IS ORDERED that Judgment be entered affirming the decision
4  of the Commissioner.

DATED: March 31, 2025

HONORABLE SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE