JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRI DIANE S.,[1] | Case No. 8:24-cv-01779-SRM-SSC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LELAND DUDEK,[2] Acting Commissioner of Social Security, | |
| Defendant. | |

---

[1] Plaintiff's name is partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States issued on May 1, 2018.

[2] The Commissioner's name has been updated in accordance with the requirements of Rule 25(d) of the Federal Rules of Civil Procedure.

|   |   |
|---|---|
| 1 | Pursuant to the Order Accepting Findings, Conclusions, and |
| 2 | Recommendations of United States Magistrate Judge, IT IS |
| 3 | ADJUDGED that the decision of the Commissioner is affirmed. |

DATED: March 31, 2025

HONORABLE SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE